Rodney J. Quigley, Pro se
8753 W Frier Drive
Glendale, AZ 85305
(480)221-2800   480 347-2640 fax
rod.quigley@gmail.com



## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rodney J. Quigley, Plaintiff | Before: |
| v. | Case Number: |
| **SA CV 15 - 00617 AG** | (JCGx) |
| First Defense International Group, Inc., | |
| Daps, Inc. dba DPS ABC, Inc., | |
| Christopher J. Badsey, Bill Mulhall, | **Complaint for Injunction and Damages** |
| David Foster, Judith A. Aluce, Steve | from: |
| Hodges, Jack Mallory, Peter Steyn, Brian | 1. Breach of Contract |
| Jarvis and DOES 1-100, Defendants. | 2. Violation of Civil Rights |
| | 3. Fraud |
| | 4. Wire Fraud [20 counts] |
| *Jury trial not demanded.* | 5. Money Laundering |
| | 6. Violation of RICO |
| | Exhibits A-F |

FILED
2015 APR 20 AM 11:00
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY ____

FEE PAID

For his claims, plaintiff Rodney J. Quigley ["Quigley"] alleges as follows:

## INTRODUCTION

This is a RICO conspiracy case. Using the internet and telephone, the defendants intentionally defrauded the agent of the Pakistan Army of $36,000. But this small number [representing contract damages in this case] <u>does not express the full monstrosity</u> of the fraud perpetrated herein. The underlying transaction involved <u>the sale of bogus explosive ordnance disposal suits</u> ["EOD suits"] for use by the Pakistan Army in dealing with improvised explosive devices ["IED's"] in Pakistan.

To date, 77 IED's have exploded in Pakistan since January 1, 2015. All told, these devices have <u>killed a total of 208 people</u>, and have <u>injured more than 398 others</u>. See this web page for a running total of deaths in Pakistan [and for the convenience of the court, this page appears below as exhibit A]:

http://www.satp.org/satporgtp/countries/pakistan/database/bombblast.htm

More than the mere fraud, wire fraud and money laundering predicates found below, <u>the blood of innocent Pakistani citizens and soldiers is on the hands of the RICO conspirators named in this case</u>. And what were the defendants' net profits per dead Pakistani so far this year? About $173!

Sadly, the plaintiff currently lacks standing to sue for the wrongful deaths in Pakistan caused by the barbaric fraud of the defendants in this case. But we can

say this: delay in resolving this case will only increase the body count and FDIG's

ultimate potential liability from its dead, Pakistani victims.

It is also obvious that delay will not improve FDIG's position in this court.

## RELATED CASES

1. Plaintiff Rodney J. Quigley requests judicial notice of the following related

cases:

    a. *Tri-Corner Investments, LLC v. First Defense International Group,*

       *Inc.*, Case Number 3:07 CV 0383 before Hon. Walter H. Rice,

       USDC, Southern District of Ohio

    b. *Tri-Corner Investments, LLC v. First Defense International Group,*

       *Inc.*, Case Number 08-4418 before the United States Court of

       Appeals for the Sixth Circuit.

    c. *Tri-Corner Investments, LLC v. Badsey et al*, Case Number 30-2014-

       00716477 before the California Superior Court in Orange County.

    d. *Iraq Business & Logistics Center v.Chris Badsey et al*, before the

       San Diego Superior Court, Case No. 37-2008-00057361-CU-BT-NC.

2. Like the instant case, the *Tri-Corner* cases and the *Iraq Business* case

involved fraud against an Islamic owned company.

3. Like the instant case, the plaintiff in *Tri-Corner* was attempting to purchase counter measures for IED's to be used in a terrorist-ridden country, there Nigeria.

4. Like the instant case, *First Defense International Group, Inc.* ["FDIG"] used a pattern of deception, delays and lies transmitted over the internet to defraud its Islamic customers.

5. Yet, after receiving an adverse judgment in the amount of $1 million in the *Tri-Corner* case, <u>FDIG appears not to have learned anything</u>.  FDIG now feels emboldened to perpetrate the same fraud here against the same type of Islamic customer!

6. There is one important difference distinguishing the instant case from *Tri-Corner*.  The armored vehicles in *Tri-Corner* were intended to protect Nigerian "elites".  Thus we cannot say how much Nigerian blood resulted from the fraud FDIG perpetrated against Nigeria in *Tri-Corner*.  Surely the Nigerian elites found other means to protect themselves?

7. Unlike *Tri-Corner*, this case involves EOD suits intended to be worn by Pakistani servicemen.  Some of these servicemen risk their lives daily *without the protection* of a simple EOD suit to defuse and deactivate IED's.  I suspect that one provable death in this situation will change FDIG's legal position irreparably and permanently.

## PARTIES

8. Plaintiff Rodney J. Quigley ["Quigley"] is the assignee of Pan Islamic Industries (Pvt.) Ltd. ["PII"] in this matter.

9. Quigley is a natural person and citizen of Arizona.  Quigley is not an agent of PII and does not indemnify or represent PII in this matter.

10. PII is a Pakistan Corporation which, among other things, provides non-lethal goods to the Government of Pakistan.  As its name indicates, PII has Islamic owners.

11. PII has a wholly owned subsidiary, Sharda Technologies LLC ["Sharda"] located in Dubai. United Arab Emirates.  Sharda is in privity with and an alter ego of PII.

12. Defendant First Defense International Group, Inc. ["FDIG", aka "First Defense International", "First Defense International Group", "First Defense International Group LLC", "First Defense International Group SA (Pvt.) Ltd."] was [in its last known US legal configuration] recorded as a California corporation. However, in 2006 the California FTB suspended FDIG's certificate of incorporation in California.  Later, in 2008 FDIG's attorney in the *Tri-Corner* case declared FDIG to be a "limited liability company".  FDIG's principal place of business is located in Dana Point, California.

13. FDIG's website and domain are registered in Naples, Florida.

14. FDIG's current address shown on its invoice [see exhibit B] is 24040 Camino del Avion (Unit A), Dana Point, CA 92629. This address is actually a private mailbox...termed by FDIG's president as a "dropbox" in the *Tri-Corner* case.

15. Defendant Christopher J. Badsey [hereinafter "Badsey", aka "Chris Badsey", "Christopher Badsey"] is president and partner of FDIG. Mr. Badsey is a citizen of California.

16. Defendant DAPS, Inc. which is doing business in California as DPS ABC, Inc. ["DAPS"] is a Delaware corporation with principal office at another "dropbox" formerly used as FDIG's corporate address at 24843 Del Prado #323, Dana Point, CA 92629. DAPS is controlled by defendants Badsey and Hodges.

17. Based on information that I believe, DAPS was formed by defendant Badsey and Hodges to assist with fraudulent transfers of assets from FDIG to DAPS.

18. Based on information and therefore I believe, DAPS is an alter ego and privity of FDIG and the officers, owners and employees of DAPS hold equivalent positions in FDIG.

19. Defendant Bill Mulhall {"Mulhall" aka "William Mulhall"] is a partner of FDIG. Based on information and therefore I believe, Mr. Mulhall is a citizen of California.

20. Defendant David Foster ["Foster"] is a partner of FDIG.  Based on information and therefore I believe, Mr. Foster is a citizen of California.

21. Defendant Judith A. Aluce ["Aluce", aka "Judith Aluce", "Jude Aluce"] is a partner of FDIG.  Ms. Aluce is a citizen of California.

22. Defendant Steve Hodges ["Hodges"] is the manager of government contracts of FDIG.  Based on information and therefore I believe, Mr. Hodges is a citizen of California.

    a. Defendant Jack Mallory ["Mallory"] is the chief financial officer of FDIG.  Based on information and therefore I believe, Mr. Mallory is a citizen of California.

23. Defendant Peter Steyn is the "chief of operations" of FDIG.  Based on information and therefore I believe, Mr. Steyn is a citizen of California.

24. Defendant Brian Jarvis is the "managing director" of FDIG.  Based on information and therefore I believe, Mr. Jarvis is a citizen of California.

25. DOES 1-50 are natural persons whose names, locations and capacities are not yet known.

26. DOES 51-80 are corporations, partnerships, limited liability companies, associations, departments, agents, assigns and other business entities whose names and locations are not yet known.

27. DOES 81-100 are governments, government corporations, government partnerships, government limited liability companies, government associations, government departments, government agents, government assigns and other governmental pseudo business entities whose names and locations are not yet known.

## JURISDICTION AND VENUE

28. District court has federal question jurisdiction to hear the federal claims including wire fraud, money laundering, civil rights violations and RICO claims as well as requests for injunction provided by federal statute pursuant to 28 USC §1331.  Should DOE 81 turn out to be the United States government, then that would be additional justification for federal question jurisdiction.

29. District court also has jurisdiction to hear the non-federal contract, tort and equity claims under principles of pendent and supplementary jurisdiction pursuant to 28 USC §1367.

30. Additionally, all defendants are diverse from all plaintiffs and given that the penalty for a single instance of wire fraud meets the jurisdictional minimum of this forum [notwithstanding that 20 counts of wire fraud are actually alleged herein], district court also has diversity jurisdiction with respect to all claims pursuant to 28 USC §1332.

31.Venue is correct in the Central District of California under 28 USC

§1391(b)(3).  FDIG is a limited liability company with its principal place of business

in Dana Point, California.

32.Accordingly, FDIG is "resident" throughout California and in all federal

districts therein.  28 USC §1391(c)(2), 28 USC §1391(d).

33.At least two of the FDIG owners live in and are citizens of California.

## FACTS

34.This case began as a simple internet transaction between PII and FDIG for

the purchase of 10 explosive ordnance disposal {"EOD"] suits.

35.Sometime in 2014, PII was awarded a contract from the Government of

Pakistan to supply EOD suits to the Pakistan Army.

36.PII searched the internet for high quality, US manufactured EOD suits

offered by an ethical US firm.

37.Instead, PII located FDIG's EOD suit offering here on the internet:

http://www.firstdefense.com/html/bomb_disposal_Equipment_Military_Police_L

awEnforcement_EOD.htm  See exhibit B below for a copy of FDIG's web offering.

38. PII and FDIG reached terms for a purchase on February 23, 2015.  See

exhibit C [FDIG's invoice] and exhibit D [PII's purchase order.]

39. Pursuant to FDIG's invoice, the total purchase price was $89,990 at a unit rate of $8,999 per suit for new, US manufactured EOD suits that met certain standard blast tolerances.

40. PII's purchase order called for the first delivery of 4 EOD suits to be made by March 15, 2015.

41. On February 23, 2015, PII's subsidiary Sharda transferred $36,000 from Sharda's Dubai account to FDIG's Chase account in the United States.  See exhibit E with account numbers redacted.

42. FDIG learned from its earlier scam of *Tri-Corner*.  Rather than simply stiff the shipment and keep the money like *Tri-Corner*, <u>now FDIG ships junk [or a "box of rocks"] and, of course, keeps the money</u>!  See exhibit F.

43. Like Tri-Corner, FDIG sent at least 13 deceptive and intentionally false emails, 6 deceptive telephone calls and 1 fraudulent bank wire.

44. When PII's funds cleared in FDIG's US account, FDIG promptly wired the funds to an account in Uganda!

45. On March 3, 2015 Chris Badsey packed two shipping cartons [previously referred to as the "box of rocks"] with the bogus merchandise, affixed shipping documents and left the shipment at a Fedex Office location in Laguna Niguel, CA.

a. Defendant Badsey did not realize he was in the full view of the surveillance cameras of that local Fedex Office.

b. The merchandise on the Fedex video is the same merchandise shown in exhibit F that arrived at PII in Pakistan.

c. Defendant Badsey fraudulently used a Fedex account to ship the "box of rocks" managed by O.S2 Corporation, but owned by the US Department of Defense.

d. DOD reported the shipping discrepancy to Mr. Levinstein, owner of O.S2 who then reported this shipping fraud to Fedex.

e. Fedex investigator Brent Cramer who located the local video, has safeguarded the material until this court issues subpoena for production.

f. However, defendant Badsey did not realize that when he used what he thought was O.S2's Fedex account number [a small fraud] that he was actually committing a felony against the US Department of Defense!

g. This incident becomes more ironic when one realizes that the FDIG defendants originally perpetrated the same EOD suit fraud against O.S2 corporation as is complained herein!

      h. Accordingly, defendant Badsey created two more RICO predicates

         for this case, if anyone is counting.

46. About 6 days after defendant Badsey shipped the "merchandise", Pakistan

Customs intercepted, opened and examined the two FDIG cartons. See exhibit F;

*c/f* exhibits B-D.

47. Pakistan Customs informed Mr. Zahoor of PII by telephone of the FDIG

scam on or before March 11, 2015.

48. Mr. Zahoor protested strongly via telephone to FDIG on March 11, 2015.

49. In one of FDIG's final communications to PII on March 11, 2015, defendant

Hodges responded by email to PII's complaint:

> **From:** "Steve Hodges - Government Contracts First Defense
> International SA (PTY) LTD " <info@firstdefense.com>
> **Date:** 11 March 2015 8:39:22 pm GMT+5
> **To:** Shadab Zahoor <sshadab776@yahoo.com>,
> "peters@firstdefense.com" <peters@firstdefense.com>
> **Cc:** "brian.jarvis@firstdefense.com" <brian.jarvis@firstdefense.com>
> **Subject: Re: EOD Suits**
> **Reply-To:** steveh@firstdefense.com
> Dear Shahab,
>
> Firstly yes we packaged all 4 into one box with packing and fed ex
> collected it then they advised us that they could not ship all in one box it
> was too heavey so Fed Ex repackaged the shipments as noted on that
> fed ex number
> for the big box they charged us when you stated you could not track

that number it was a 24.99 charge for their fed ex box and Fed ex repackaged so to answer your question yes 2 x boxes .

However when they repackaged they misplaced the shipping labels so you received another customers order and they received yours which they are in the process of recovering and redelivering nevertheless if they advise today that it cannot be done withing the next 4 days my CEO has instructed me to resend 4 more via CEVA air freight direct at FDIG costs.

Yours truly

Brian Jarvis
Managing Director

50. Of course, Mr. Hodges' story above is a complete fabrication.   The Fedex video demonstrates conclusively that the above email was intentionally crafted to "frame" Fedex.

51. FDIG never shipped anything to PII other than the "box of rocks".

52. No carrier ever shipped EOD suits, not CEVA, not Fedex nor Ferenghi Express.

53. Neither did Fedex return EOD suits to FDIG because no suits were ever shipped.

54. Fedex did not "repack" the cartons, rather, defendant Badsey packed the shipping cartons with "rocks".

55. In other words, fraud has a distinctive aroma, does it not?

## COUNT 1:  BREACH OF CONTRACT

56. Quigley re-alleges ¶¶1-55.

57. Offer and acceptance occurred between the parties FDIG and PII on February 23, 2015.

58. Terms and conditions called for delivery of 10 EOD suits at a unit price of $8.999.

59. PII was required to pre-pay before FDIG would ship the goods.  See exhibit B-D.

60. The contract called for delivery of the first 4 suits by March 15, 2015. *Ibid.*

61. On February 23, 2015 PII wired $36,000 to FDIG in full performance of its obligations under the contract for the March delivery.  See exhibit E.

62. FDIG utterly failed to ship anything of value anywhere except $36,000 to Uganda.

63. PII suffered $36,000 in general damages and suffered special damages in the amount of $500,000 to PII's reputation and standing as a vendor to the Pakistan Government.

64. Quigley is the assignee of the rights of PII.

## COUNT 2: VIOLATION OF THE CIVIL RIGHTS ACT OF 1964

65. Quigley re-alleges ¶¶1-64.

66. PII is a corporate person endowed with civil rights within the meaning of *Citizens United*.

67. PII is owned by Islamic owners and is therefore religiously affiliated with Islam.

68. FDIG, DAPS, defendants Badsey, Mulhall, Foster, Aluce, Jarvis, Hodges, Mallory, Steyn, and DOES1-100 [hereinafter, the "FDIG defendants"] have invidiously and illegally discriminated against PII on the basis of religious affiliation, to wit, the only three frauds known to have been successfully committed by the FDIG defendants were all perpetrated against Islamic owned companies.

      a. What could be construed as a fourth fraud attempt was perpetrated against a Jewish owned business, O.S2.

      b. However, unlike the instant case, the FDIG defendants refunded O.S2's money after failing to deliver any EOD suits under that contract.

69. The FDIG defendants have a religious-based animus against Islamic people and companies.

70. PII has been damaged by the defendants' illegal discrimination in an amount to be determined by this court.

71. Quigley is the assignee of PII.

### COUNT 3: FRAUD

72. Quigley re-alleges ¶¶1-71.

73. The FDIG defendants represented to PII that FDIG would provide EOD suits under terms and conditions expressed on FDIG's website and in the contract documents.  See exhibits B-D

74. The representations of the FDIG defendants with respect to EOD suits and directed towards PII were all false.

75. FDIG never intended to deliver any EOD suits to PII.

76. The representations of the FDIG defendants are material, certainly to those whose lives have been put in grave jeopardy [*and especially those in Pakistan who may be already dead*] by the misconduct of the FDIG defendants.

77. The FDIG defendants made all of their false representations with full knowledge that FDIG never intended to deliver anything to any Islamic customer.

78. The FDIG defendants intended PII to rely on FDIG's false statements, at least long enough for FDIG to get PII's money safely into Uganda.

79. Until Pakistan Customs alerted PII with evidence of FDIG's scam [and at no time prior] did PII suspect that the FDIG defendants were mere scam artists engaged in defrauding PII. [Funny what a "box of rocks" will do to a deal!] See exhibit F.

80. PII relied on the FDIG defendants' statements and wired $36,000 to the FDIG defendants' account at Chase Bank.

81. With a US banking institution as an intermediary in this transaction, PII has a right to rely on the false statements made by the FDIG defendants because, after all, we have banking laws in this country that deter this kind of cheap fraud.

82. In addition to general and special contract damages, PII is entitled to punitive damages doubling the contract award. See *Tri-Corner, supra.* Maybe then the FDIG defendants will finally cease committing fraud against its Islamic customers.

83. Quigley is still the assignee of PII.

### COUNTS 4-23:  WIRE FRAUD [18 USC §1343]

84. Quigley re-alleges ¶¶1-83.

85. At various times using email and telephonic communications, the following defendants have committed at least 20 instances of wire fraud in furtherance of

FDIG's fraud scheme against PII: defendants FDIG, Badsey, Jarvis, Hodges, Mallory, Steyn, DOES1-100.

86. Defendants Badsey, Mulhall, Foster, Aluce and DOES1-100 are responsible for the crimes committed by their employees.

87. Defendants FDIG, Badsey, Jarvis, Hodges, Mallory, Steyn and DOES1-100 used electronic communications to defraud PII out of $36,000.

88. Defendants FDIG, Badsey, Jarvis, Hodges, Mallory, Steyn, and DOES1-100 had full knowledge of the fraud scheme and proceeded individually and intentionally to make false electronic communications to PII.

89. All FDIG defendants knew that their electronic communications were destined for PII in Pakistan.

90. There is certainty that all communications herein charged were in fact made via electronic channels to Pakistan.

91. Hence PII has been damaged by each electronic communication in the amount of $75,000 per count of wire fraud.

92. Count 23 is particularly noteworthy.  That count is for the wire transfer of funds perpetrated by defendant Mallory to Uganda.  See Count 24 below for details.

93. Quigley is yet again the assignee of PII.

## COUNT 24: MONEY LAUNDERING [18 USC §1956]

94. Quigley re-alleges ¶¶1-93.

95. Count 23 above is the fraudulent transfer of funds collected from PII to Chase, then from Chase to Uganda.

96. Count 23 also represents illegal money laundering in violation of 18 USC §1956 and 31 USC §5321 and is another predicate illegal act enabling RICO.

97. After defendants Badsey, Mallory and DOES 1-100 collected the proceeds of the fraud perpetrated by the FDIG defendants upon PII, then defendants Badsey, Mallory et al intentionally transmitted the funds out of the United States.

98. This was an attempt by defendants Badsey, Mallory et al to launder the proceeds of a crime.

99. Further, defendants Badsey, Mallory et al wished to promote further crimes perpetrated by the FDIG defendants.

100. Finally, defendants Badsey, Mallory et al wished to conceal the source of the money in other overseas transactions in order to distribute the proceeds of the fraud perpetrated on PII to FDIG defendants.

101. Though defendants Badsey, Mallory et al perpetrated Count 23 above, defendant FDIG and its owners, DAPS and defendants Badsey, Mulhall,

Foster and Aluce, are responsible for the criminal wrongdoing of their employees and specifically those of defendants Badsey, Mallory et al.

102.    *If there is a private right of action for money laundering* then PII is entitled to damages in the amount of double the amount transferred, $72,000.

103.    Quigley is the assignee of PII.

### COUNT 25: VIOLATION OF RICO[18 USC §1962]

104.    Quigley re-alleges ¶¶1-103.

105.    The criminal enterprise in this case  *is* the FDIG defendants collectively.

106.    The purpose of the enterprise is to defraud Islamic customers on defense related merchandise that are considered by the FDIG defendants too weak to press their claims in court.

107.    The predicate acts for RICO involve:

    a. criminal frauds perpetrated by the FDIG defendants in *Tri-Corner* case,

    b. criminal frauds committed by the FDIG defendants in the *Iraq Business* case.

    c.  the additional 22 counts of criminal fraud, wire fraud and money laundering complained here.

    d. defrauding the DOD by wrongfully using DOD's Fedex account to ship the "box of rocks".

108.    Even a previous $1 million sanction in *Tri-Corner* has proven inadequate to deter the FDIG defendants from committing additional, organized, criminal frauds against Islamic victims.

    a. Defendants Badsey, Mallory and Hodges are named judgment creditors of *Tri-Corner*, yet here they are again.

    b. In this case, except for FDIG shipping a "box of rocks" to Pakistan, nothing has changed from FDIG's original scams of *Tri-Corner and Iraq Business*!

109.    PII is entitled to treble damages for the FDIG defendants' violation of the RICO statute.  In addition, PII is entitled to injunctive relief that will take down the FDIG defendants' ability to run a criminal enterprise from the internet.

110.    Quigley is the assignee of PII.

111.    Additionally, Quigley requests the costs of suit, attorney fees, equitable remedies and other relief adjudged proper by this forum.

Date:    4-17-2015

                                         Rodney J. Quigley

Exhibit A




| BANGLADESH | BHUTAN | INDIA | NEPAL | PAKISTAN | SRI LANKA | SAARC Terrorism | Other | South Asia | Publication | Maps | Links | |
| Assessment | Backgrounder | Bibliography | Balochistan | | FATA | | Punjab | | KP | | Sindh | Documents | Data Sheets | Timelines | | Terroris |

Pakistan > Datasheet > Bomb Blast in Pakistan During Year 2015      SEARCH ➡



## Bomb Blasts in Pakistan, 2015

| | Date | Place | Killed | Injured |
|---|---|---|---|---|
| 1 | January 1 | Harnae Phatak / Police Line / Sibi / Balochistan | 1 | 3 |
| 2 | January 4 | Hussaini ground / Kalaya / Orakzai Agency / FATA | 4 | 8 |
| 3 | January 5 | Musa Colony / Sariab Road / Quetta / Balochistan | 1 | 0 |
| 4 | January 5 | Chamarkand / Safi / Mohmand Agency / FATA | 0 | 1 |
| 5 | January 5 | Soran / Bezai / Mohmand Agency / FATA | 0 | 1 |
| 6 | January 6 | Khurramabad / Landhi Town / Karachi / Sindh | 2 | 1 |
| 7 | January 8 | Shabak / Kurram Agency / FATA | 4 | 2 |
| 8 | January 9 | Sipah / Khyber Agency / FATA | 7 | NS |
| 9 | January 9 | Bashak / Orakzai Agency / FATA | 4 | 2 |
| 10 | January 9 | Chittian Hattian / Rawalpindi / Punjab | 8 | 25 |
| 11 | January 11 | Tajaban / Kech / Balochistan | 0 | 1 |
| 12 | January 11 | Jori / Dera Bugti / Balochistan | 0 | 1 |
| 13 | January 11 | Mustang Road / Quetta / Balochistan | 0 | 0 |
| 14 | January 13 | Nawab Shaheed check-post / Kurram Agency / FATA | 2 | 3 |
| 15 | January 20 | Bhimpura / Saddar Town / Karachi / Sindh | 0 | 11 |
| 16 | January 20 | G.T. Road / Rawalpindi / Punjab | 1 | 1 |
| 17 | January 23 | Dera Murad Jamali / Naseerabad / Balochistan | 0 | 0 |
| 18 | January 23 | Sohbatpur / Jaffarabad / Balochistan | 0 | 0 |
| 19 | January 23 | 13 Mile / Quetta / Balochistan | 0 | 0 |
| 20 | January 26 | Soonwah / Naseerabad / Balochistan | 5 | 1 |
| 21 | January 26 | Dawood Goth / Malir Town / Karachi / Sindh | 1 | 9 |
| 22 | January 29 | Thull / Jacobabad / Sindh | 0 | 0 |
| 23 | January 30 | Karbala Maula Imambargah / Lakhi Dar / Shikarpur / Sindh | 61 | 50 |
| 24 | January 30 | Maikhtar / Loralai / Balochistan | 1 | 0 |
| 25 | February 1 | Chathar / Naseerabad / Balochistan | 1 | 2 |
| 26 | February 1 | Dera Bugti / Balochistan | 0 | 0 |
| 27 | February 2 | Nari Baba / Tirah Valley / Khyber Agency / FATA | 3 | 2 |
| 28 | February 2 | Block-7 / Gulshan-e-Iqbal Town / Karachi / Sindh | 0 | 0 |
| 29 | February 2 | Lorry Adda / Mansehra / KP | 2 | 2 |
| 30 | February 3 | Warmagai / Kurram Agency / FATA | 6 | 0 |
| 31 | February 3 | Naray Baba / Tirah Valley / Khyber Agency / FATA | 5 | 0 |
| 32 | February 6 | Chatter / Dera Murad Jamali / Naseerabad / Balochistan | 0 | 0 |
| 33 | February 7 | Bakhtiarabad / Sibi / Balochistan | 0 | 0 |
| 34 | February 8 | Nari Baba / Tirah Valley / Khyber Agency / FATA | 3 | 5 |
| 35 | February 8 | Bezot / Orakzai Agency / FATA | 0 | 0 |
| 36 | February 9 | Shandara / Baizai / Mohmand Agency / FATA | 0 | 4 |
| 37 | February 10 | Shal Kor / Yakaghund / Mohmand Agency / FATA | 0 | 0 |
| 38 | February 12 | Kharal Maldialan / Bagh / Muzaffarabad / PoK | 2 | 2 |
| 39 | February 12 | Dilmurad / Jacobabad / Sindh | 0 | 25 |
| 40 | February 13 | Phase-5 / Hayatabad / Peshawar / KP | 24 | 50 |
| 41 | February 14 | Chatter / Naseerabad / Balochistan | 0 | 0 |
| 42 | February 15 | Margha Kibzai / Zhob / Balochistan | 2 | 0 |
| 43 | February 15 | Reko Sultan Golai / Nushki / Balochistan | 0 | 0 |
| 44 | February 15 | Gula Jan / Pir Qayyum / Kurram Agency / FATA | 1 | 14 |

_22_ /R9   1/2

| | | | | |
|---|---|---|---|---|
| 45 | February 16 | Peshbogi / Dera Bugti / Balochistan | 0 | 0 |
| 46 | February 17 | Police Lines / Qila Gujjar Singh / Lahore / Punjab | 9 | 23 |
| 47 | February 18 | Kurri Road / New Shakrial / Rawalpindi / Punjab | 5 | 6 |
| 48 | February 18 | Toba Nokahai / Zahein Loti / Dera Bugti / Balochistan | 0 | 0 |
| 49 | February 19 | Chahtar / Naseerabad / Balochistan | 2 | 2 |
| 50 | February 22 | Behar colony / Lyari Town / Karachi / Sindh | 0 | 8 |
| 51 | February 22 | Rush Bazaar / Chaman / Qilla Abdullah / Balochistan | 1 | 9 |
| 52 | February 22 | Pir Koh / Dera Bugti / Balochistan | 0 | 0 |
| 53 | February 22 | Nokani / Dera Bugti / Balochistan | 0 | 0 |
| 54 | February 22 | Jaffarabad / Balochistan | 0 | 0 |
| 55 | February 22 | Jamrud / Khyber Agency / FATA | 0 | 2 |
| 56 | February 24 | Mall Road / Chaman / Qilla Abdullah / Balochistan | 1 | 7 |
| 56-57 | March 1 | Pir Koh and Loti / Dera Bugti / Balochistan | 0 | 0 |
| 58 | March 1 | Gul Mohammad Kalmati Goth / Murtaza Chowrangi / Karachi / Sindh | 0 | 0 |
| 59 | March 2 | Mirza Adamkhail Road / Lyari Town / Karachi / Sindh | 1 | 7 |
| 60 | March 4 | Zainkoh / Loti / Dera Bugti / Balochistan | 0 | 0 |
| 61 | March 9 | Oshab Road / Turbat / Balochistan | 1 | 0 |
| 62 | March 10 | Cantonment area / Dera Ismail Khan / KP | 0 | 0 |
| 63 | March 14 | Orangi Town / Karachi / Sindh | 1 | 4 |
| 64 | March 15 | Youhanabad / Lahore / Punjab | 19 | 70 |
| 65 | March 17 | Bashigram / Madyan / Swat District / KP | 3 | 2 |
| 66 | March 17 | Orangi Town / Karachi / Sindh | 0 | 0 |
| 67 | March 18 | Samijabad / Multan / Punjab | 0 | 4 |
| 68 | March 18 | North Nazimabad Town / Karachi / Sindh | 0 | 0 |
| 69 | March 20 | Sharae Noor Jehan PS / North Nazimabad Town / Karachi / Sindh | 4 | 4 |
| 70 | March 20 | Saleh Mosque / Saddar Town / Karachi / Sindh | 2 | 0 |
| 71 | March 20 | Mangrosa / Tirah Valley / Khyber Agency | 1 | 10 |
| 72 | March 22 | Dera Allah Yar / Jaffarabad / Balochistan | 0 | 0 |
| 73 | March 27 | Quaidabad / Bin Qasim Town / Karachi / Sindh | 2 | 14 |
| 74 | March 29 | Jandola / Lower Dir / KP | 0 | 0 |
| 75 | April 1 | Narai Baba / Tirah Valley / Khyber Agency / FATA | 2 | 0 |
| 76 | April 3 | Shamshikhel / Bannu / KP | 1 | 0 |
| 77 | April 4 | Nanno / South Waziristan Agency / FATA | 2 | 0 |
| | | **Total*** | **208** | **398+** |

*Data till April 5, 2015

Source: Compiled from news reports and are provisional.



SOUTH ASIA TERRORISM PORTAL    INSTITUTE FOR CONFLICT MANAGEMENT

Copyright © 2001 SATP. All rights reserved.

Exhibit B

Case 8:15-cv-00617-AG-JCG   Document 1   Filed 04/20/15   Page 26 of 36   Page ID #:26

EOD BOMB EQUIPMENT       All

Arms & Ammunition
Bulletproof Vests
Bulletproof Glass
Ballistic Helmets & Visors
Ballistic Trauma Plates
Cop Camera's
Corporate Security Protection
Cowboy Guns
Demining Equipment
E.O.D Bomb Equipment
Executive VIP Protection
Gun Sights
Law Enforcement Products
Leupold Sniper Scopes
Links
Luminous Lights
Navy Seal Boats
Nightvision
Riot Equipment
Restricted Products
Security Clearance
Security Products
Specialty Weapons
Stab Vests & Ballistic Plates
Surveillance Products
Tactical Sniper Scopes
Vehicle Armouring

Western Guns



**2000 HELMET**
Highest Ballistic
Integrity in the
World. Tested and
Defeated Fragments
Over 2000 FPS

**VISOR**
705 M/S   2315 FPS

**FRONT**
V0 (No Penetration)
1667 M/S   5471 FPS
(includes Chest/Groin Plates)

**ARMS**
563 M/S   1850 FPS

**LEGS**
563 M/S   1850 FPS



...HIGHEST BALLIST
THE WORLD TESTEI
FRAGMENTS OV

The innovative helmet incor
gr. FMJ at 1400 FPS as well
lightweight ballistic fiber wh

The helmet's lightweight con
visor, and its more efficient
movement. The helmet interi
foam tested and used to pre
complete the mission succe
providing maximum fragmor

The helmet incorporates hig
ventilation system. The Batt
degree of the ventilation sys
all electronic communication
performance.

These improvements make t
can wear.

Microphone: MIL-M-26542/B

VISOR

The EOD visor affords a sig
laminated acrylic and polyc;
The removable visor provide

The world's most innovative Bomb Disposal Suit. Setting new standards in personal protection for modern day EOD tecnicians, the EOD HELMET is the world's first Threat Level IIIA ballistic helmet available to military and law enforcement agencies. EOD HELMET is the only EOD NIJ Standard-0101.06 helmet in the world that provides complete and absolute 360 degree protection at the stated Threat levels.

**EOD - Specifications**

Ballistic Helmets & Visors

The EOD BOMB DISPOSAL SUIT also employs the most advanced technology in design and state-of-the-art fragmentation-defeating materials available in the world today. Through extensive research and development spanning more than a decade in actual field tests, and the leading Bomb Disposal Suit ensemble capable of defeating record setting specifications against the number one threat faced by modern day EOD technicians... fragmentation.

The use of state of the art materials underlines goal to increase the bomb technician's survival rate by improving the fragment protection characteristics of the suit without increasing overall weight. It has been proven that the greatest threat faced in a blast situation is the threat of fragments of different sizes and shapes tearing into the human body at supersonic velocities.

The exceptional performance in the other 3 major threats faced by EOD technicians; overpressure, impact and heat. New V50 and V0 (NO PENETRATION) specifications meet US MIL-SPEC 622E, superseding the non-ratified NATO STANAG 2920.

The new EOD suit is the result of a combination of over ten years of actual field testing with the United States and the Canadian Governments. It is the product of high thread ny research at Groat Isan Naval base, utilizing lightweight armour materials, until now, have only been used by the United States Department of Defense for the protection of its personnel. The new materials have now been employed in the new lightweight chest and groin plates. These plates have achieved ground breaking V0 (NO PENETRATION) fragment defeating capabilities of ... 5471 FPS or 1667 M/S.

Ballistic security Glass

The use of lightweight armor materials offers the best available protection in the world today tested NIJ Standard-0101.06 . In fact, all live IED testing is taking place at a distance of 1 or 2 meters, not at the old testing standard of 5 metres (16 feet), since military and law enforcement EOD technicians may be required to react the duty of 2 meter radius.
The most current testing data on fragments, overpressures, impact and burn protection. This EOD suit is currently being used in 49 countries around the world.

Ballistic Plates & Shields






EOD Sleeve

**Chest and Groin Plates**

Armoured Cars .

Executive Protection Service

| Compo |
| Jacket/Arm/Collar/Foot |
| Rear Of Jacket Covering |
| Collar (Front) |
| Chest/Groin Plates |
| Thigh |
| Knee |
| Lower Leg With Insert |

Incorporating new state-of-the-art ballistic materials, has improved and set new ballistic integrity standards in Body Armor Bomb Disposal Suits. These materials have the added advantage of being lightweight while offering the highest fragmentation protection available in the world today. Chest plates 6 pounds. Groin plates 4 pounds.

A velcro waist strap system securely holds the ballistic ground protector in place regardless of body position of movement. The cup provides additional fragmentation and overpressure protection to the EOD technician.

| Component |
| Component |
| Helmet/Visor |
| Jacket/Trouser |
| Sleeves |

_— 24 —_



| Ballistic Ins | |
| --- | --- |
| | Co |
| Helmet | |
| Visor | |
| Chest Plate St | |
| Chest/Back/Fr | |

**Helicopter Armor Coming Soon**

**Spine Protection**

An articulated spine protector is build into the rear panel of the jacket designed to prevent spinal injury in cases where the user is blown or falls on his back.

**Pants**

The pants feature a seatless design with an adjustable high waist to fit a variety of sizes. The adjustable over-the-shoulder suspenders feature sliding shoulder pads for additional comfort and quick release buckles. Full length, heavy-duty brass zipper closures with three cinch straps on each leg are designed to hold pant legs securely in place while providing additional custom comfort for various body builds. The breakaway zippers provide the technician a quick release removal system in case of an emergency. Specially designed neoprene-coated Kevlar knee pads provide extra durability and padded knee comfort. The anti-static shoe boot features a special contoured toe flare with heel adjustment straps.

## E.O.D Bomb Disposal Suit:

**CLEARANCE SUIT:**

| Component | V-50 Rating (m/s) |
| --- | --- |
| Helmet | 400 |
| Visor | 250 (optional 600) |
| Jacket | 560 |
| Jacket With Groin/Chest Inserts | 1000 |
| Arm | 450 |
| Rear Leg Protection | 450 |
| Thigh (Front) | 600 |
| Knee (Front) | 870 |
| Lower Leg Insert (Front) | 650 |
| Boot Cover | 850 |

**Component Weights
(Medium Suit And Helmet):**

| Component | Weight |
| --- | --- |
| Helmet With Visor | 3.6 Kg (8.0 lbs) |
| Full Jacket With Sleeves And Inserts | 12.8 Kg (28.16 lbs) |
| Trouser With Full Rear Leg Protection | 15.0 Kg (33.0 lbs) |



**5000 SHIELD**
**Ballistic Protection:**
V-50 rating using NATO STANAG 2920 test specification

    Shield Only          555 m/s
    Shield With Cover    630 m/s
Ballistic protection rating against firearms avalible upon request

Ballistic BOMB BLANKETS

**MANIPULATOR**
**500 TELESCOPIC MANIPULATOR**
The 500 was designed to allow the users to work with dangerous materials while maintaining a safety stand off distance. Resulting from years of detailed research, the 500 features a unique break away tip that allows the user to work with greater safety then ever before. The 500 includes a sophisticated multiple adjustment claw.

| LENGTH | Collapsed with break away tip | 249cm |
| --- | --- | --- |
| | With break away tip removed | 197cm |

— 25 — /pg

Exhibit C

No. 1



**FDIG#3QS288**

Invoice No.

24040 Camino del Avion, Dana Point, California 92629 USA, Tel (949) 207-3307

# INVOICE

| Customer | | Date | 2/13/2015 |
|---|---|---|---|
| Name | Pan Islamic Industries PVT LTD | Order No. | F4420-03PAk |
| Address | FF 13 Leeds center Main | Rep | House |
| City | Lahore    Country Pakistan | FOB | |
| Phone | | | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 3 | 2015 Brand New Small EOD suits complete Includes comm helmets carry bag cooling suit complete Jacket pants boots etc USA Manufactred | $8,999.00 | $26,997.00 |
| 3 | 2015 Brand New EOD Suits complete USA Manufactred Smal Medium | $8,999.00 | $26,997.00 |
| 2 | 2015 Brand New EOD Suits complete size medium USA Manufactred | $8,999.00 | $17,998.00 |
| 2 | 2015 Brand New EOD Suits complete size large | $8,999.00 | $17,998.00 |
| | Export of our Equipment NOT Subject to ITAR Regulations and Approvals Payment are 100% upfront personal cheque, company check or wire funds. Shipping is CIF Certifications We manufacture and distribute only US-MIL-SPEC equipmen Certified and governemnt approved | | |

| | | |
|---|---|---|
| SubTotal | $89,990.00 |
| Shipping & Handling | CIF  CA |
| Taxes    State | |
| **TOTAL** | **$89,990.00** |

**Payment Details**
- ● Wire Funds
- ○ Check
- ○ Credit Card

Name _____
CC # _____
Expires _____

Office Use Only

**Duties taxes importation for end user**

**First Defense International Group Cage Code 1GBY2**

-26-

Exhibit D



# PAN ISLAMIC
## INDUSTRIES PVT LTD.

**PIIL**

Office :35783937-35783938
Fax :042 - 35783939
Fact :35426309 - 35420551
:35292473 - 5
Fax :042 - 35426308
www.piil.com.pk

**STEEL FABRICATOR, MANUFACTURER, PLANT ERECTOR, CONSULTING ENGINEER**
**MANUFACTURER OF CAN GASOLINE STEEL (4½ Gallons) & DRUM STEEL (40/45 Gallons)**

*No. 2*

### PURCAHSE ORDER

| | PO No: | PIIL/ FDI/251/15 |
|---|---|---|
| | Dated: | 13-Feb-15 |

| SUPPLIER'S PARTICULARS | BUYER'S PARTICULARS |
|---|---|
| FIRST DEFENCE INTERNATIONAL GROUP-INCORPORATED (REGISTERED IN THE UNITED STATE OF AMERICA) 24040 CAMINO DEL AVION DANA POINT CA 92629 USA | PAN ISLAMIC INDUSTRIES(PVT)LTD. FF-13,LEEDS CENTER MAIN BOULEVARD,GULBERG-III LAHORE-PAKISTAN |

#### MATERIAL'S DETAIL : EOD SUITS

| SR # | DESCRIPTION | UOM | QTY | UNIT RATE IN US $ | VALUE US$ |
|---|---|---|---|---|---|
| 1 | SMALL | NOS. | 3 | 8,999.00 | 26,997.00 |
| 2 | SMALL MEDIUM | NOS. | 3 | 8,999.00 | 26,997.00 |
| 3 | MEDUIM | NOS. | 2 | 8,999.00 | 17,998.00 |
| 4 | LARGE | NOS. | 2 | 8,999.00 | 17,998.00 |
| | TOTAL:- | | 10 | | |
| | Net payable in US Dollars | | | | US$:89,990.00 |

| Delivery Schedule : | | | |
|---|---|---|---|
| DESCRIPTION | 3rd week of March'2015 | 1st week of July'2015 | |
| SMALL | 1 | 1 | |
| SMALL MEDIUM | 1 | 1 | |
| MEDUIM | 1 | 2 | |
| LARGE | 1 | 2 | |
| TOTAL:- | 4 | 6 | |

Purchase Manager

Mazahar Iqbal

Approved by Director

Syed Shadab Zahoor



---

**Head Office:** FF.13, Leads Center, Main
Boulevard Gulberg, III, Lahore-54000, Pakistan

**Factory Site:** Syed Irshad Ali Road, Near Zanibla Complex,
Behind Mansoora, 11 Km off Multan Road, Lahore-Pakistan

— 27 —

Exhibit E

TT MT103 Message                                       Page 1 of 1

**MT 103 Message**

No. 2A

TRN.REF.NO : ████████████

| :20: | Sender's Reference | |
| | Transaction Reference No | ████████████ |
| :23B: | Bank Operation Code | |
| | Code | CRED |
| :32A: | Value Date/Currency/Interbank Settled Amount | |
| | Date | 23/02/2015 |
| | Currency | USD |
| | Amount | 36,000.00,, |
| :33B: | Currency/Instructed Amount | |
| | Currency | USD |
| | Amount | 36,000.00,, |
| :50K: | Ordering Customer | |
| | Name & Address | SHARDA TECHNOLOGIES L.L.C DUBAI UAE |
| :57A: | Account With | |
| | Party Identifier | CHASUS33 |
| | BIC | CHASUS33 |
| :59: | Beneficiary Customer | |
| | Account | ████████████ |
| | Name & Address | FIRST DEFENSE INTERNATIONAL GROUP INC USA |
| :70: | Remittance Information | |
| | Narrative | IMPORT OF SAFETY JACKETS COOLING SUITES AND CARRY |
| :71A: | Details of Charges | |
| | Code | SHA - |

Acknowledgement Received : 23/02/15 : 12:45:31

https://login.smartbusiness.ae/cashC/BICTTMT103Msg.jsp              02/23/15

- 28- /R6

Exhibit F

sarmad

+Rod

# Gmail

Move to Inbox | More

to me

Hi Rod, after talking to Shadab, here are some pics and items received. Shadab is surprised how the FedEx made it through Dubai and Pakistan customs with no intervention.

1.   1 Bulletproof jacket from Italy (5Kg)

2.   1 Bulletproof jacket standard (7 Kg)

3.   2 Steel plates for bullet proof jacket, looks like (10 Kg each, he is sending this pic, he will be sending this)

4.   5 Helmets

5.   One large heavy plastic bar (10-20 Kg)

COMPOSE

Inbox
Starred
Important
Sent Mail
**Drafts (13)**
Circles

[Imap]/Drafts
[Imap]/Trash
Deleted Messages
Notes



Search people...

Kyle McEachern
Don Stein
Douglas Cohen
Away
Kevin Quigley
Dave Maestri
don hatfield
Karla Barrier
Pierre Chambon
Sarmad Pirzada
Shadab Zahoor



- 29 -

| sarmad | | +Rod |

# Gmail

| | | | **Move to Inbox** | | **More** |

COMPOSE

Inbox
Starred
Important
Sent Mail
**Drafts (13)**
Circles

[Imap]/Drafts
[Imap]/Trash
Deleted Messages
Notes



| Search people... |

Kyle McEachern
Don Stein
Douglas Cohen
Away
Kevin Quigley
Dave Maestri
don hatfield
Karla Barrier
Pierre Chambon
Sarmad Pirzada
Shadab Zahoor



